IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00189-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TRUSKY MORRIS | ) |
| | ) |

**THIS MATTER** is before the Court sua sponte regarding exoneration of the defendant's bond.

The defendant was arrested in the Northern District of Georgia and posted an appearance bond of $5,000, secured American Surety Company. (NDGA Case No. 1:11-mj-1940; Doc. No. 11-6: Rule 5(c)(3) Documents at 1-2). The Court ordered the defendant to serve three months in custody for violating the conditions of his supervised release. (Doc. No. 17: Judgment at 2). It appears that the defendant served that sentence, (Doc. No. 18), and there is no longer any need for a bond to insure the defendant's appearance in this case.

**IT IS, THEREFORE, ORDERED** that the surety bond posted for the appearance of the defendant is hereby exonerated, and the Clerk of Court shall write across the face of each of the original bonds that such has been exonerated, shall note this action on the docket, and return the original bond along with a copy of this Order to Erin Kimberly Taylor, counsel of record for the defendant, and the Clerk of Court in the Asheville Divisional Office.

Signed: November 26, 2013

Robert J. Conrad, Jr.
United States District Judge